1

2

3

4

5

6                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8

9    GREGORY S. TIFT,                          CASE NO.  C07-0276RSM

10                  Plaintiff,
                                               ORDER GRANTING DEFENDANTS'
11          v.                                 MOTION TO COMPEL INITIAL
                                               DISCLOSURES
12   MICHAEL D. BALL, *et al.*,

13                  Defendants.

14          This matter comes before the Court on defendants' Motion to Compel initial disclosures.

15   (Dkt. #11).  Defendants argue that plaintiff, appearing pro se, has submitted initial disclosures

16   which are not in conformance with Fed. R. Civ. P. 26(a)(1).  Plaintiff responds that he has made

17   every attempt to comply with the rules governing initial disclosures, and argues that he has

18   provided sufficient responses in accordance with Fed. R. Civ. P. 26(a)(1).

19          Having reviewed defendants' motion, plaintiff's response, defendants' reply, the

20   declarations and exhibits attached thereto, and the remainder of the record, the Court hereby

21   finds and ORDERS:

22          1)  Defendants' Motion to Compel (Dkt. #11) shall be GRANTED.  The Court finds

23   that plaintiff has not complied with his initial disclosure obligations under Fed. R. Civ. P.

24   26(a)(1).  First, although plaintiff has provided names, addresses, and phone numbers of

25   individuals who are likely to have discoverable information, plaintiff has not identified "the

26   subjects of the information."  *See* Fed. R. Civ. P. 26(a)(1)(A).  "The disclosing party should

27   provide a brief description of the subject matter of the information each prospective witness has.

28

ORDER
PAGE - 1

1   It is not necessary to provide a detailed narrative of all the facts known to each witness; a brief

2   description of the general topics of each witness' knowledge will suffice." 6-26 Moore's

3   Federal Practice - Civil § 26.22[4][a][ii].

4          Second, plaintiff has not provided documents, electronically stored information, and

5   tangible things that are in his possession, custody, or control that he will use to support his

6   claim. *See* Fed. R. Civ. P. 26(a)(1)(B). Plaintiff has merely supplied defendants with case law

7   and depositions that defendants already possess. Plaintiff may comply with this obligation "by

8   providing a *description* by category and location of all documents, electronically stored

9   information, and tangible things it expects to use during the proceeding." 6-26 Moore's Federal

10  Practice - Civil § 26.22[4][b][iii] (emphasis added).

11         Lastly, plaintiff has not provided a general computation of damages to support his claim

12  or any documents in support of such computation. *See* Fed. R. Civ. P. 26(a)(1)(C). Plaintiff

13  has only included a description of why he is seeking relief. Plaintiff is required to "furnish

14  copies, or make available for inspection and copying, the damage and injury documents." 6-26

15  Moore's Federal Practice - Civil § 26.22[4][c][i]. In addition, a plaintiff has the "obligation to

16  disclose to the other parties the best information available to it concerning that claim, however

17  limited and potentially changing it may be." *Id.* at [4][c][ii].

18         Therefore the Court ORDERS plaintiff to comply with his initial disclosure obligations

19  under Fed. R. Civ. P. 26(a)(1) pursuant to the language contained herein <u>no later than thirty</u>

20  <u>(30) days from the date of this Order</u>. The Court recognizes that plaintiff is appearing pro se

21  and has previously made a good faith effort to comply with his obligations under the Federal

22  Rules. Consequently, no sanctions shall be imposed.

23         2) The Clerk shall forward a copy of this Order to all counsel of record.

24         DATED this 18th day of October 2007.

25

26                                          RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE
27

28

ORDER
PAGE - 2